**VIRGINIA**

## IN THE CIRCUIT COURT FOR ARLINGTON COUNTY

**DAHLIA DIXON,**

    **Plaintiff,**

**v.**                                                    Case No: CL21000703-00

**LYFT, INC.,** *ET AL.***,**

    **Defendants.**

### DEFENDANT LYFT, INC.'S
### NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that Defendant Lyft, Inc., by and through counsel, filed a Notice of Removal in the United States District Court for the Eastern District of Virginia, Alexandria Division, pursuant to 28 U.S.C. §§ 1441 and 1446. A copy of the Notice of Removal is attached hereto as **Exhibit A** and incorporated herein.

Dated: May 4, 2021

                                                                               Respectfully submitted,

                                                                               **LYFT, INC.**


                                                                               By:   /s/ Christian F. Tucker
                                                                                            Counsel

Martin A. Conn (VSB # 39133)
Christian F. Tucker (VSB # 92571)
MORAN REEVES & CONN PC
1211 East Cary Street
Richmond, Virginia 23219
Telephone:  (804) 421-6250
Facsimile:  (804) 421-6251
mconn@moranreevesconn.com
ctucker@moranreevesconn.com
*Counsel for Defendant Lyft, Inc.*

EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2021, a true and correct copy of the foregoing was sent electronic mail and first-class mail, to the following:

>Paul H. Zukerberg, Esq., VA Bar #25420
>**ZUKERBERG & HALPERIN, PLLC**
>1790 Lanier Place NW
>Washington, DC 20009
>(202) 232-6400 – Telephone
>(202) 232-5746 – Facsimile
>paul@zukerberg.com
>*Counsel for Plaintiff*

      /s/ Christian F. Tucker

EXHIBIT B